IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>NEW PLACE II, A KANSAS LIMITED PARTNERSHIP; JUDY A. DOWD; KATHLEEN NIBLER, a/k/a KATHY NIBLER; MICHAEL DOWD; ELIZABETH ALDRINE, a/k/a LIZ ALDRINE; PATRICIA DOWD-KELNE, a/k/a TRISH DOWD-KELNE; CARA SCHROEDER; TY BACHMANN; TARA WINEINGER; ROBERT E. COTE; TIMOTHY J. NEWPORT; ALICE M. NEWPORT; WALTRAUT E. KINSON; MATTHEW J. GORSKI; DONALD E. MCINTYRE; TERIE L. ELKINS; FLORENCE H. BRIDGMON; BARBARA L. STEPHENS; BARBARA A. TURNER; DONNA L. PICOLET; UNKNOWN DEFENDANTS, including: the Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of both Mary Kay Bachmann-Dowd, a/k/a Mary Kay Bachmann, deceased, and Matthew J. Dowd, deceased, and the Unknown Spouses of both Mary Kay Bachmann-Dowd, a/k/a Mary Kay Bachmann, deceased, and Matthew J. Dowd, deceased, the Unknown Spouses of other Defendants; Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of Defendants as are existing, dissolved or dormant corporations; Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of Defendants as are or were partners or in partnership; Unknown Guardians, Conservators and Trustees of Defendants as are minors or are in any way under legal disability; and Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees | Civil No. 21-4031-KHV |

of any Person alleged to be deceased and made Defendants; Unknown General Partners of New Place II, a Kansas limited partnership; Known and Unknown limited partners of New Place II, a Kansas limited partnership; and UNKNOWN OCCUPANTS OF NEW PLACE II, A KANSAS LIMITED PARTNERSHIP;

Defendants.

## ORDER ALLOWING SERVICE BY PUBLICATION ON THE UNKNOWN DEFENDANTS

Plaintiff United States of America moves for an order authorizing service by publication on the Unknown Defendants, pursuant to Federal Rule of Civil Procedure 4(e), 28 U.S.C. § 1655, K.S.A. §§ 60-307(a)(3) and (a)(5) (ECF No. 28).

THE COURT ORDERS that Plaintiff's Motion for Service by Publication on the Unknown Defendants is GRANTED for the reasons set forth therein.

IT IS FURTHER ORDERED, for good cause shown, that the Unknown Defendants shall appear or plead in this action filed on or before **October 20, 2021**, a date not less than 41 days after the date the notice is first published, and in default thereof, the Court will find that the Complaint and all other pleadings are true, and judgment, the nature of which shall be stated, will be rendered accordingly.

IT IS FURTHER ORDERED that notice of this Order shall be published not less than once each week for 6 consecutive weeks in a newspaper having general circulation in Jefferson County, Kansas.

Dated August 24, 2021, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

2